IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT MULDOON | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA | : | NO. 22-1929 |

## ORDER

AND NOW, this 5th day of April 2023, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant City of Philadelphia for summary judgment under Rule 56 of the Federal Rules of Civil Procedure (Doc. #19) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
                                    J.